UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL ANTHONY BEULAH,<br>　　　　Plaintiff,<br>　　v.<br>KYLE COX, et al.,<br>　　　　Defendants. | Case No. 24-cv-09478 BLF<br><br>**JUDGMENT** |

The Court has dismissed the instant action with prejudice for failure to state a claim for relief. Judgment is entered in favor of all Defendants.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _August 21, 2025_____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\BLF\CR.24\09478Beulah_judgment